| DISTRICT | OFF. | DOCKET NO. YR. | NUMBER | OR | FILING DATE MO. | DAY | YR. | J | NATURE SUIT | DIV. PTF | DIV. DEF | R 23 | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOC YR. | NU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 869 | 1 | 88 | 1030 | 1 | 07 | 27 | 88 | 1 | 710 | | | | | 6906 | | 46013 | | 88 | 1 |

CAUSE:

**PLAINTIFFS**

MCLAUGHLIN, Ann, Secretary of Labor, United States Department of Labor

**DEFENDANTS**

JACOBS, H.F. and Son Construction Inc., a corporation,
JACOBS, Robert L., individually, and
JACOBS, Shirley, individually

**CAUSE**
**(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)**

Sec. 15(a)(2) Fair Labor Standards Act of 1938, as amended 29:201-219.

CLM

**ATTORNEYS**

Katherine Vigil
Solicitor's Office
U.S. Department of Labor
1585 Federal Building
1961 Stout Street
Denver, CO 80294

Philip N. Nogen
U.S. Attorney
P.O. Box 1073
Sioux Falls, SD 57102

Mr. Thomas P. Tonner, P.C.
TONNER & TOBIN
104 South Lincoln, Suite 102
P.O. Box 1456
Aberdeen, SD 57402-1456
(605) 225-1000

☐ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS

**FILING FEES PAID**

| DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|
| | | |
| | | |

**STATISTICAL CAR**

| CARD | DATE M |
|---|---|
| JS-5 | |
| JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | CIV88-1030; Ann McLaughlin vs. H.F. Jacobs & Son Construction, Inc |
| July 27 | 1 | Civil COVER SHEET filed. |
| July 27 | 2 | COMPLAINT filed. |
| July 27 | | ISSUING Summons. Fur. 6 copies and del. to Joannne in U.S. Attorney's Office in Sioux Falls. |
| Aug. 1 | 3 | Plff's. SCHEDULING ORDER filed. |
| | | Notice of Entry and copy of Order mailed to Katherine Vigil and Ph Ho |
| Aug. 24 | 4 | ANSWER filed. |
| Aug. 30 | 5 | Dfdt's SCHEDULING ORDER filed. |
| Aug. 30 | | Notice of Entry and copy of Order mailed to Thomas Tonner. |
| Aug. 30 | 6 | SUMMONS returned and filed. |
| Sept. 2 | 7 | INQUIRY Letter to Plff's. with regard to over-due response to court scheduling order filed. |
| Sept. 15 | 8 | Plff's RESPONSE to Court's Scheduling Order filed. |
| Sept. 20 | 9 | INQUIRY LETTER to Dfdt. in regard to over-due response to Court's Scheduling Order filed. |
| Sept. 23 | 10 | Dfdt's RESPONSE To Court's Scheduling Order filed. |
| Oct. 28 | 11 | Pre-Trial ORDER for Court Trial for 2/28/89 in Aberdeen at 1:30 PM and setting deadline for amending pleadings for 11/15/89, deadlin for discovery for 2/3/89 and deadline for filing motions for 1/20/89 filed. |
| Oct. 28 | | Notice of Entry and copy of Order mailed to Katherine Vigil, Philip Hogen and Thomas P. Tonner. |
| 1989 | | |
| Mar. 2 | 12 | JUDGMENT filed. |
| Mar. 2 | | Enter Memo of Judgment in J.L.D. |
| Mar. 2 | | Notice of Entry and copy of Judgment mailed to Katherine Vigil, Philip Hogen and Thomas P. Tonner. |